UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| ROY THAYER, | CASE NO. 3:21-cv-05721-TL |
| Plaintiff, | |
| v. | ORDER SETTING DISPOSITIVE MOTIONS HEARING DATE AND RELATED DATES |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, a foreign corporation, et al., | |
| Defendants. | |

Having reviewed the Joint Status Report and Discovery Plan submitted by the parties, the Court hereby sets this case for a dispositive motion hearing and sets the following pre-hearing schedule:

| Event | Date |
| --- | --- |
| DISPOSITIVE MOTION HEARING set for 9:00 A.M. ON | **Friday, September 9, 2022**[1] |
| Length of hearing | 1 day |
| Deadline to complete Alternative Dispute Resolution | Friday, April 1, 2022 |

---

[1] The Court has some availability for the hearing in late August. However, it appears that Defendants are unavailable from August 15-Sept 5. Dkt. No. 15 at 5.

Order Setting Dispositive Motions Hearing Date and Related Dates - 1

| | |
|---|---|
| Deadline for Defendant to produce a bates-numbered copy of the administrative record | Friday, April 1, 2022 |
| All motions related to discovery must be filed by (if needed) | Wednesday, May 11, 2022 |
| Completion of Discovery regarding Electronically Stored Information (if needed) | Wednesday, June 1, 2022 |
| Cross-Dispositive Motions must be filed by | Friday, July 1, 2022 |
| Responses to Cross-Dispositive Motions must be filed by | Monday, July 25, 2022 |
| Any replies to Cross-Dispositive Motions must be filed by | Friday, July 29, 2022 |

With the exception of the deadlines described in Section II(G) of Judge Lin's Standing Order for All Civil Cases, the dates set forth in this order are firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

If the hearing date assigned to this matter creates an irreconcilable conflict, counsel must provide written notice to Courtroom Deputy Kadya Peter at Kadya_Peter@wawd.uscourts.gov within **ten (10) days** of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin the hearing on the date scheduled, but it should be understood that the hearing may have to await the completion of other cases.

### EXHIBITS

The original and one copy of any hearing exhibits are to be delivered to Judge Lin's chambers five (5) days before the hearing date. Each exhibit shall be clearly marked. The Court hereby alters the LCR 16.1 procedure for numbering exhibits: Plaintiff(s)' exhibits shall be numbered consecutively beginning with P-1; Defendant(s)'exhibits shall be numbered consecutively beginning with D-1. Duplicate documents shall not be listed twice. Each exhibit

Order Setting Dispositive Motions Hearing Date and Related Dates - 2

shall be printed double-sided unless there is a specific need to not do so. Once a party has identified an exhibit, it may be used by any party. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

### PRIVACY

Pursuant to LCR 5.2(a), parties shall refrain from including, or shall partially redact where inclusion is necessary, the following personal data identifiers from all documents filed with the court or used as exhibits in any hearing, unless otherwise ordered by the court:

- Dates of Birth − redact to the year of birth, unless deceased.
- Names of Minor Children − redact to the initials, unless deceased or currently over the age of 18.
- Social Security or Taxpayer Identification Numbers − redact in their entirety.
- Financial Accounting Information − redact to the last four digits.
- Passport Numbers and Driver License Numbers − redact in their entirety.

Parties in social security appeals and immigration cases shall comply with LCR 5.2(c).

### SETTLEMENT

If this case settles, counsel shall notify Kadya Peter via email at Kadya_Peter@wawd.uscourts.gov as soon as possible. Pursuant to LCR11(b), an attorney who fails to give the Courtroom Deputy prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

Dated this 18th day of February 2022.

Honorable Tana Lin
United States District Judge