UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROY THAYER,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA, a foreign corporation,<br>et al.,<br><br>　　　　　　　Defendants. | CASE NO. 3:21-cv-05721-TL<br><br>ORDER REGARDING PARTIES' NOTICE OF SETTLEMENT |

　　　　In accordance with Local Civil Rule 11(b), the Parties notified the Court that they have reached an agreement in principle to settle this matter and that they intend to submit a stipulated dismissal. Pursuant to Section VII of the Court's Standing Order for All Civil Cases,

　　　　IT IS HEREBY ORDERED that the Parties shall submit a stipulated dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), within **thirty (30) days** of this Order.

ORDER REGARDING PARTIES' NOTICE OF SETTLEMENT - 1

If the Parties do not submit a stipulated dismissal by the above deadline, the Court will enter its standard order of post-settlement dismissal, allowing the Parties to reopen the case if they have not perfected the settlement agreement within **sixty (60) days** of the dismissal order.

It is further ORDERED that all pending deadlines and hearings in this case are STRICKEN.

Dated this 31st day of March 2022.

Tana Lin
United States District Judge

ORDER REGARDING PARTIES' NOTICE OF SETTLEMENT - 2